DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**68 YACHT CLUB LAND TRUST,**
Appellant,

v.

**JPMORGAN CHASE BANK, N.A., MILAN DANIEL BOYANICH, COVERED BRIDGE CONDOMINIUM ASSOCIATION, INC., SCOTT GOLDSTEIN,** and **TONY TORRES,**
Appellees.

No. 4D18-188

[June 14, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2012-CA-021709-XXXX-MB.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellant.

Elliot B. Kula, W. Aaron Daniel, and William D. Mueller of Kula & Associates, P.A., Miami, for appellee, JPMorgan Chase Bank, N.A.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***